DAMBOLENA ET AL., APPELLANTS, *v.* OHIO BUREAU
OF WORKERS' COMPENSATION, APPELLEE.

[Cite as *Dambolena v. Ohio Bur. of Workers' Comp.*,
117 Ohio St.3d 541, 2008-Ohio-1735.]

542

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Groch v. Gen. Motors Corp.,* 117 Ohio St.3d 192, 2008-Ohio-546, 883 N.E.2d 377.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Garson & Associates Co., L.P.A., and James A. DeRoche, for appellants.

Lee M. Smith & Associates, Benjamin W. Crider, and Lee M. Smith, for appellee.